**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

TRACI K. STEVENSON,

    Appellant,

v.                                                                          Case No: 8:16-cv-720-T30
                                                                          Case No: 8:16-cv-902-T30

A&T UNDERWRITING, LLP, et al.,

    Appellees.
_____

**ORDER**

    THIS CAUSE comes before the Court upon Appellees' Notice of Related Bankruptcy Appeals and Motion to Consolidate Cases and Transfer Appeals (Dkt. #6) and Appellant's Memorandum in Opposition (Dkt. #7).  Upon review and consideration, it is

    ORDERED AND ADJUDGED that:

    1.    Appellees' Motion to Consolidate Cases and Transfer Appeals (Dkt. #6) is GRANTED.

    2.    Case numbers 8:16-cv-720-JSM and 8:16-cv-902-JSM are hereby consolidated.

    3.    All future filings shall be docketed in case number <u>8:16-cv-720-JSM</u>.

    4.    The Clerk is directed to close case number 8:16-cv-902-JSM.

**DONE** and **ORDERED** in Tampa, Florida, this 22nd day of June, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record